IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MATTHEW TODD WATKINS**                                          **PLAINTIFF**

v.                 Case No. 4:17-cv-00691-KGB-JJV

**NANCY A. BERRYHILL,**
**Deputy Commissioner for Operations,**
**performing the duties and functions not**
**reserved to the Commissioner of Social Security**          **DEFENDANT**

## ORDER

The Court has received Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 18). Plaintiff Matthew Todd Watkins filed objections to the Proposed Findings and Recommended Disposition (Dkt. No. 19). After a review of the Proposed Findings and Recommended Disposition and Mr. Watkins' objections, as well as a *de novo* review of the record, the Court adopts the Proposed Findings and Recommended Disposition in their entirety (Dkt. No. 18). It is therefore ordered that the final decision of the Commissioner of Social Security is affirmed. Mr. Watkins' complaint is dismissed with prejudice (Dkt. No. 1). Judgment shall be entered accordingly.

It is so ordered this 30th day of August, 2018.

Kristine G. Baker
United States District Judge