# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MATTHEW TODD WATKINS**                                              **PLAINTIFF**

v.                  Case No. 4:17-cv-00691-KGB-JJV

**NANCY A. BERRYHILL,**
**Deputy Commissioner for Operations,**
**performing the duties and functions not**
**reserved to the Commissioner of Social Security**             **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Matthew Todd Watkins' complaint is dismissed with prejudice.

So adjudged this 30th day of August, 2018.

                                                                   Kristine G. Baker
                                                                   United States District Judge